Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KRISTINA WISNER, individually and on behalf of all others similarly situated, | CASE NO.: 3:23-cv-853-JRK |
| v. | Judge James R. Knepp |
| PROMEDICA HEALTH SYSTEMS, INC. | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Federal Rule of Civil Procedure 41 allows a plaintiff to voluntarily withdraw without a court order only before service of an answer or motion for summary judgment, or by stipulation of all parties. FED. R. CIV. P. 41(a).

Accordingly, the Parties file this joint stipulation of voluntary dismissal without prejudice pursuant to Rule 41.

Dated: July 26, 2023                                Respectfully submitted,

By: */s/ Alyssa J. White*
    Michael A. Josephson
    Andrew W. Dunlap
    Alyssa White
    **JOSEPHSON DUNLAP LLP**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    awhite@mybackwages.com

    **AND**

>Richard J. (Rex) Burch
>**BRUCKNER BURCH PLLC**
>11 Greenway Plaza, Suite 3025
>Houston, Texas 77046
>713-877-8788 – Telephone
>713-877-8065 – Facsimile
>rburch@brucknerburch.com
>
>**AND**
>
>Matthew J.P. Coffman (0085586)
>**COFFMAN LEGAL, LLC**
>1550 Old Henderson Road, Suite 126
>Columbus, Ohio 43220
>614-949-1181 – Telephone
>614-386-9964 – Facsimile
>mcoffman@mcoffmanlegal.com
>
>**AND**
>
>William C. (Clif) Alexander*
>Austin W. Anderson*
>**ANDERSON ALEXANDER PLLC**
>101 N. Shoreline Blvd., Suite 610
>Corpus Christi, Texas 78401
>361-452-1279 – Telephone
>361-452-1284 – Facsimile
>clif@a2xlaw.com
>austin@a2xlaw.com
>
>*Attorneys for Plaintiff*

>By: */s/ Franceska N. Edinger*
>Meghan Anderson Roth (0082165)
>Roman Arce (0059887)
>Franceska Edinger (0100875)
>MARSHALL & MELHORN, LLC
>Four SeaGate, Eighth Floor
>Toledo, Ohio 43604
>Telephone: (419) 249-7100
>Facsimile: (419) 249-7151
>roth@marshall-melhorn.com
>arce@marshall-melhorn.com
>edinger@marshall-melhorn.com
>
>*Attorneys for Defendant*